LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

DOUGLAS S. SAELTZER (State Bar #173088)
dsaeltzer@walkuplawoffice.com
KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF R.N.**

TIMOTHY P. MURPHY (State Bar #120920)
MEGAN M. SYMONDS (State Bar #244734)
msymonds@emslawfirm.com
EDRINGTON, SCHRIMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523
Phone: (925) 827-3300
Fax: (925) 827-3320
**ATTORNEYS FOR DEFENDANTS
TRAVIS UNIFIED SCHOOL DISTRICT,
SOLANO COUNTY OFFICE OF EDUCATION,
AND CHRISTOPHER MEARS**

LYNN GARCIA (State Bar #131196)
lynn@sdnlaw.com
SPINELLI, DONALD & NOTT
601 University Avenue, Suite 225
Sacramento, CA 95825
Phone: (916) 448-7888
Fax: (916) 448-68888
**ATTORNEYS FOR DEFENDANT
LILIA GUMAPAS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.N., a minor, by and through her Guardian ad Litem NICOLE NEFF, | Case No. 2:20-cv-00562-KJM-EFB |
| Plaintiff, | **STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| TRAVIS UNIFIED SCHOOL DISTRICT, a public entity, SOLANO COUNTY OFFICE OF EDUCATION, a | Date Filed: March 12, 2020<br>Trial Date: Unassigned |

public entity, LILIA GUMAPAS, an individual, CHRISTOPHER MEARS, an individual, and DOES ONE through FIFTY, inclusive,

        Defendants.

The parties to the above-captioned action hereby stipulate by and through their undersigned counsel of record as follows:

WHEREAS, on March 12, 2020, plaintiff filed the above-captioned action entitled *R.N. v. Travis Unified School District, et al.*, USDC Case No. 1:20-at-00187 (hereinafter referred to as the "Neff federal action").

WHEREAS, on November 5, 2019, plaintiff filed a parallel action in the Superior Court of California, County of Solano, entitled *R.N., et al. v. Travis Unified School District*, et al., Case No. FCS053867 (hereinafter referred to as the "Neff state action").

WHEREAS, the Neff federal action contains federal claims for violation of the Americans with Disabilities Act and violation of § 504 of the Rehabilitation Act of 1973 and names as defendants Travis Unified School District, Solano County Office of Education, Lilia Gumapas, and Christopher Mears.

WHEREAS, the Neff state action contains state causes of action for False Imprisonment, Battery, Intentional Infliction of Emotional Distress, Negligence, Negligent Hiring, Supervision, or Retention, Violation of Mandatory Duty, Violation of Civil Code § 51 *et seq.* (Unruh Act), and Violation of Education Code § 220.  The Neff state action names as defendants Travis Unified School District, Solano County Office of Education, Lilia Gumapas, and Christopher Mears.

WHEREAS, the two actions involve common issues of fact and law and involve the same plaintiffs and defendants.

WHEREAS, the parties agree to request that this Court grant plaintiffs leave to file a First Amended Complaint in federal court that names all plaintiffs and defendants and combines all the state causes of action and all of the federal claims in

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

2
STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

one lawsuit to proceed before this Court.

WHEREAS, plaintiffs shall file their First Amended Complaint in federal court within three days of the court entering the order granting leave to file the First Amended Complaint. The First Amended Complaint shall combine all the parties and all state causes of action and all the federal claims asserted in the two actions.

WHEREAS, as a material condition of defendants' stipulation to plaintiffs filing a First Amended Complaint combining the two actions in federal court, plaintiffs shall dismiss the R.N. state action with prejudice within two business days of the filing of the First Amended Complaint in this court.

WHEREAS, defendants' response to the First Amended Complaint shall be due 30 days after the filing of plaintiffs' First Amended Complaint.

WHEREAS, as a material further condition of agreeing to the filing of a First Amended Complaint combining the two actions in federal court, defendants Travis Unified School District and Solano County Office of Education waive their 11th Amendment immunity from suit in federal court. However, defendants Travis Unified School District and Solano County Office of Education expressly do not waive any other defenses, including, but not limited to any quality immunity defenses to any of the state causes of action and/or federal claims asserted, by the plaintiffs herein. Such defenses include, but are not limited to, that defendants are "not persons" for the purposes of an action brought pursuant to 42 U.S.C. sections 1981, 1983, 1986, 1985, 1987. (E.g. *Will v. Michigan Department of State Police* 491 U.S. 58 (1989); *Lapides v. Board of Regents of University System of Georgia*, 535 U.S. 613, 624 (2002); *Kirchmann v. Lake Elsinore Unified School Dist.* 83 Cal. App. 4th 1098, 1115 (2000); *Belanger v Madera Unified School District* .963 F.2d 248, 251 (9th Cir. 1992); cert, denied, 507 U.S. 909 (1993).)

/ / / /

/ / / /

/ / / /

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

3
STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

1   WHEREAS, the parties agree that should the federal court dismiss the federal
2 claims, the litigation shall remain in federal court unless the federal court orders
3 otherwise.
4   IT IS SO STIPULATED:

6 Dated: April 7, 2020                WALKUP, MELODIA, KELLY & SCHOENBERGER

                                      By: ___/s/ Valerie N. Rose_____
                                          DOUGLAS S. SAELTZER
                                          KHALDOUN A. BAGHDADI
                                          VALERIE N. ROSE
                                          Attorneys for PLAINTIFF R.N.

13 Dated: April 7, 2020               EDRINGTON, SCHRIMER & MURPHY LLP

                                      By: ___/s/ Megan M. Symonds_____
                                          TIMOTHY P. MURPHY
                                          MEGAN M. SYMONDS
                                          Attorneys for Defendants
                                          TRAVIS UNIFIED SCHOOL DISTRCIT,
                                          SOLANO COUNTY OFFICE OF
                                          EDUCATION, and CHRISTOPHER MEARS

20 Dated: April 7, 2020               SPINELLI, DONALD & NOTT

                                      By: ___/s/ Lynn Garcia_____
                                          LYNN GARCIA
                                          Attorneys for Defendant LILIA GUMAPAS

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4
STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

**ORDER**

Pursuant to the Stipulation of the parties and good cause appearing it is hereby ordered as follows:

1. Plaintiffs are granted leave to file a First Amended Complaint in this court. Plaintiffs shall file their First Amended Complaint within three days of the court entering this order granting leave to file the First Amended Complaint. The First Amended Complaint shall combine all the parties and all state causes of action and all the federal claims asserted in the two actions.

2. Defendants' response to the First Amended Complaint shall be due 30 days after the filing of Plaintiffs' First Amended Complaint.

3. Plaintiffs shall dismiss the Neff state action with prejudice within two business days of the filing of the First Amended Complaint in this court.

By agreeing to the filing of the First Amended Complaint in this court, defendants have waived their 11th Amendment immunity from suit in federal court but do not waive any other defenses to any state causes of action and/or federal claims asserted by plaintiffs herein. Such defenses include, but are not limited to, that defendants are "not persons" for the purposes of an action brought pursuant to 42 U.S.C. sections 1981, 1983, 1986, 1985, 1987. (E.g. *Will v. Michigan Department of State Police* 491 U.S. 58 (1989); *Lapides v. Board of Regents of University System of Georgia*, 535 U.S. 613, 624 (2002); *Kirchmann v. Lake Elsinore Unified School Dist.* 83 Cal. App. 4th 1098, 1115 (2000); *Belanger v Madera Unified School District* .963 F.2d 248, 251 (9th Cir. 1992); cert, denied, 507 U.S. 909 (1993).)

IT IS SO ORDERED.

DATED: April 17, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

5
STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT