LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

DOUGLAS S. SAELTZER (State Bar #173088)
dsaeltzer@walkuplawoffice.com
KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF R.N.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.N., a minor, by and through her Guardian ad Litem NICOLE NEFF,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS UNIFIED SCHOOL DISTRICT, a public entity, SOLANO COUNTY OFFICE OF EDUCATION, a public entity, LILIA GUMAPAS, an individual, and CHRISTOPHER MEARS, an individual,<br><br>Defendants. | Case No. 2:20-cv-00562-KJM-EFB<br><br>**PETITION AND ORDER TO APPOINT NICOLE NEFF AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF R.N.; DECLARATION OF NICOLE NEFF IN SUPPORT** |

1. Petitioner, NICOLE NEFF, is the mother of R.N., a minor child, born on November 9, 2007.

2. Plaintiff R.N. has a cause of action against the above-named defendants upon which an action is pending in this Court.

3. The cause of action stems from the defendants' violations of plaintiff R.N.'s rights as a disabled minor.

4. NICOLE NEFF resides with R.N. at 636 Sparrowhawk Drive, Vacaville, CA 95687.

5. Plaintiff R.N. has no guardian of her estate.

1
PETITION AND ORDER TO APPOINT NICOLE NEFF AS GUARDIAN AD LITEM FOR MINOR
PLAINTIFF R.N.; DECLARATION OF NICOLE NEFF IN SUPPORT

6. On the following page is a Declaration and Consent of NICOLE NEFF, confirming her intent and capacity to serve as plaintiff R.N.'s Guardian ad Litem.

7. WHEREFORE, Petitioner respectfully moves this Court for an Order appointing NICOLE NEFF as the Guardian ad Litem for R.N. in this action.

Respectfully submitted,

Dated: March 12, 2020                WALKUP, MELODIA, KELLY & SCHOENBERGER

By: /s/ Khaldoun A. Baghdadi
DOUGLAS S. SAELTZER
KHALDOUN A. BAGHDADI
VALERIE N. ROSE
Attorneys for PLAINTIFF R.N.

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
PETITION AND ORDER TO APPOINT NICOLE NEFF AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF R.N.; DECLARATION OF NICOLE NEFF IN SUPPORT

**DECLARATION AND CONSENT TO NOMINATION OF NICOLE NEFF**

I, NICOLE NEFF, declare as follows:

1. I currently reside at 636 Sparrowhawk Drive, Vacaville, CA 95687.

2. I am the mother of plaintiff R.N. and I reside with her.

3. I am competent and willing to serve as the Guardian ad Litem for the minor plaintiff. I understand the responsibilities involved and will protect the rights of the minor plaintiff. I have no interest adverse to the plaintiff.

4. I accept the nomination as outlined in this Petition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this \_\_\_\_\_ day of March, 2020 at Vacaville, California.

By: _____
NICOLE NEFF

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

3
PETITION AND ORDER TO APPOINT NICOLE NEFF AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF R.N.; DECLARATION OF NICOLE NEFF IN SUPPORT

# ORDER GRANTING PETITION

The Petition for an Order appointing NICOLE NEFF as Guardian ad Litem of minor plaintiff R.N. is hereby GRANTED.

DATED:  May 5, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

4

PETITION AND ORDER TO APPOINT NICOLE NEFF AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF R.N.; DECLARATION OF NICOLE NEFF IN SUPPORT