UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.N., a minor, by and through her Guardian ad Litem, NICOLE NEFF, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVIS UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | No. 2:20-cv-00562-KJM-JDP<br><br>AMENDMENT TO THE SCHEDULING ORDER |

The parties jointly request (ECF No. 35) to amend dates in the pretrial scheduling order (ECF No. 21). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Fact Discovery Complete | April 26, 2021 | July 26, 2021 |
| Dispositive Motions Hearing Date | April 26, 2021 | August 27, 2021 |
| Expert Disclosures | June 7, 2021 | September 7, 2021 |
| Rebuttal Experts Exchange | July 5, 2021 | October 7, 2021 |
| Expert Discovery Cutoff | August 16, 2021 | November 16, 2021 |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 21).

IT IS SO ORDERED.

DATED: March 10, 2021.

CHIEF UNITED STATES DISTRICT JUDGE