UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.N., a minor, by and through her Guardian ad Litem NICOLE NEFF, NICOLE NEFF and CHRIS NEFF,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVIS UNIFIED SCHOOL DISTRICT, a public entity, SOLANO COUNTY OFFICE OF EDUCATION, a public entity, LILIA GUMAPAS, an individual, and CHRISTOPHER MEARS, an individual, ILAH FEENEY, an individual and DOES ONE through FIFTY, inclusive<br><br>Defendants. | Case No. 2:20-cv000562-KJM-JDP<br><br>**SECOND STIPULATION AND ORDER MODIFYING CASE MANAGEMENT DEADLINES**<br><br>Courtroom: 3, 15th Floor<br>Judge: Hon. Kimberly J. Mueller |

WHEREAS defendants TRAVIS UNIFIED SCHOOL DISTRICT, SOLANO COUNTY OFFICE OF EDUCATION, LILIA GUMAPAS and CHRISTOPHER MEARS have all filed a second Motion to Dismiss under Federal Rule 12(b)(6), moving to dismiss some of Plaintiff R.N.'s causes of action and moving to dismiss all of plaintiffs NICOLE NEFF and CHRIS NEFF's causes of action. Both Motions to Dismiss are currently pending.

All dispositive motions, including Motions for Summary Judgement must be currently heard

by August 27, 2021. The above-entitled case is not at issue and Defendants are unable evaluate whether a motion for summary judgment is appropriate, given the status of the case.

The Plaintiffs and SCOE have been cooperating and working diligently on exchanging discovery in this matter and have each exchanged voluminous discovery, including thousands of pages of documents; and

WHEREAS, the Parties agree that, a forensic search of Electronically Stored Information ("ESI") is necessary to effectively conduct depositions, SCOE has retained a forensic expert to conduct the search. The parties are engaged in meet and confer efforts regarding the scope of the ESI search.

During discovery, Defendants determined that further subpoenas to several medical and therapeutic providers were necessary for plaintiffs R.N., Nicole Neff and Chris Neff; and various authorizations have only recently been executed and subpoenas recently served.

WHEREAS, the Parties are working diligently towards conducting discovery needed to engage in a meaningful and productive mediation. While the parties have engaged in a significant discovery process, significant discovery remains.

Therefore, the parties have agreed and stipulate to modify the Case Management deadlines contained in the Scheduling Order filed on March 11, 2021. There is no trial date yet scheduled in this matter.

Pursuant to local rule 144-A, the parties stipulate and propose the following modifications to the Case Management deadlines:

| EVENT | CURRENT DATE | PROPOSED |
|---|---|---|
| Fact Discovery Complete | July 26, 2021 | September 27, 2021 |
| Dispositive Motions Heard | August 27, 2021 | October 29, 2021 |
| Expert Disclosure | September 7, 2021 | November 30, 2021 |
| Rebuttal Experts Exchange | October 7, 2021 | December 14, 2021 |
| Expert Discovery Cutoff | November 16, 2021 | February 4, 2022 |

The parties do not anticipate that any further modifications to the Scheduling Order/Case

Management deadlines will be necessary.

It is so stipulated.

DATED: May 19, 2021  WALKUP, MELODIA, KELLY & SCHOENBERGER SCHOENBERGER

_/s/ Valerie Rose_
Valerie Rose, Esq.
Attorneys for Plaintiffs, R.N., by and through her Guardian Ad Litem, Nicole Neff, NICOLE NEFF and CHRIS NEFF

DATED: May 19, 2021  EDRINGTON, SCHIRMER & MURPHY LLP

_/s/ Megan M. Symonds_
Timothy P. Murphy, Esq.
Megan M. Symonds, Esq.
Attorneys for Defendants, TRAVIS UNIFIED SCHOOL DISTRICT, SOLANO COUNTY OFFICE OF EDUCATION, CHRISTOPHER MEARS

DATED: May 19, 2021  SPINELLI, DONALD & NOTT

_/s/ Lynn Garcia_
Lynn Garcia, Esq.
Sean M. Speciale, Esq.
Attorneys for Defendant, LILIA GUMAPAS

**ORDER**

Good cause appearing, it is so ordered as follows:

| | |
|---|---|
| **Fact Discovery Deadline** | September 27, 2021 |
| **Dispositive Motions Heard** | October 29, 2021 |
| **Expert Disclosure Deadline** | November 30, 2021 |
| **Rebuttal Experts Exchange** | December 14, 2021 |
| **Expert Discovery Cutoff** | February 4, 2022 |

This order resolves ECF No. 44.

DATED: May 25, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE