Timothy P. Murphy, State Bar No. 120920
Megan M. Symonds, State Bar No. 244734
Cody L. Saal, State Bar No. 286041
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320
Email: TMurphy@esmlawfirm.com
Email: MSymonds@esmlawfirm.com
Email: CSaal@esmlwfirm.com

Attorneys for Defendants TRAVIS UNIFIED SCHOOL DISTRICT, SOLANO COUNTY OFFICE OF EDUCATION, CHRISTOPHER MEARS

LYNN A. GARCIA, SBN: 131196
SEAN M. SPECIALE, SBN: 329368
SPINELLI, DONALD & NOTT
A Professional Corporation
601 University Avenue, Suite 225
Sacramento, California 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888
Email: lynng@sdnlaw.com
Email: seans@sdnlaw.com

Attorneys for Defendant
LILIA GUMAPAS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.N., a minor, by and through her Guardian ad Litem, NICOLE NEFF, CHRIS NEFF, AND NICOLE NEFF,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVIS UNIFIED SCHOOL DISTRICT, a public entity, SOLANO COUNTY OFFICE OF EDUCATION, a public entity, LILIA GUMAPAS, an individual, CHRISTOPHER MEARS, an individual, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-00562-KJM-JDP<br><br>**ORDER GRANTING DEFENDANTS TRAVIS UNIFIED SCHOOL DISTRICT, SOLANO COUNTY OFFICE OF EDUCATION, LILIA GUMAPAS AND CHRISTOPHER MEARS APPLICATION TO MODIFY AND EXTEND THE SCHEDULING ORDER**<br><br>Date:<br>Time:<br>Ctrm:<br><br>Action Filed: April 23, 2020 |

Defendants Travis Unified School District, Solano County Office of Education, Christopher Mears, and Lilia Gumapas have requested a contingent extension of the case schedule. The Court, finding good cause, **GRANTS** Defendants request.

The case schedule is hereby amended as follows:

| EVENT | CURRENT DATE | PROPOSED |
|---|---|---|
| Fact Discovery Complete | September 27, 2021 | January 27, 2022 |
| Dispositive Motions Heard | October 29, 2021 | March 4, 2022 |
| Expert Disclosure | November 30, 2021 | April 8, 2022 |
| Rebuttal Experts Exchange | December 14, 2021 | April 29, 2022 |
| Expert Discovery Cutoff | February 4, 2022 | June 3, 2022 |

**IT IS SO ORDERED.**

DATED: August 16, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE