Timothy P. Murphy, State Bar No. 120920
Megan M. Symonds, State Bar No. 244734
Cody Lee Saal, State Bar No. 286041
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320
Email: TMurphy@esmlawfirm.com
Email: MSymonds@esmlawfirm.com

Attorneys for Defendants TRAVIS UNIFIED
SCHOOL DISTRICT, SOLANO COUNTY
OFFICE OF EDUCATION, CHRISTOPHER
MEARS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.N., a minor, by and through her Guardian ad Litem NICOLE NEFF, NICOLE NEFF and CHRIS NEFF,<br><br>           Plaintiffs,<br><br>vs.<br><br>TRAVIS UNIFIED SCHOOL DISTRICT, a public entity, SOLANO COUNTY OFFICE OF EDUCATION, a public entity, LILIA GUMAPAS, an individual, and CHRISTOPHER MEARS, an individual, ILAH FEENEY, an individual and DOES ONE through FIFTY, inclusive<br><br>           Defendants. | Case No. 2:20-cv-000562-KJM-JDP<br><br>**THIRD STIPULATION AND ORDER MODIFYING CASE DEADLINES**<br><br>Courtroom: 3, 15th Floor<br>Judge: Hon. Kimberly J. Mueller<br><br>Date Action Filed: April 23, 2020<br><br>Trial Date: None |

The parties, by and through their respective counsel of record, hereby stipulate as follows:

1. On March 8, 2021, the parties jointly requested to extend the case management deadlines in the Court's pre-trial scheduling order. (Dkt. 35) The Court extended the discovery deadlines by 90 days and the dispositive motion deadline by 120 days. (Dkt. 38)

2. On May 19, 2021, the parties jointly requested (Dkt. 44) to further extend the case management deadlines and the Court extended the fact discovery and dispositive motion deadlines by 60 days and the expert discovery deadline by 80 days. (Dkt. 45)

3.   On August 11, 2021, Defendants filed an ex parte application to vacate all deadlines and reset them to within 6 months of the Court's ruling on Defendants' Motions to Dismiss. (Dkt. 47) Plaintiffs opposed the request and proposed a 3-month extension of the deadlines (Dkt. 48). The Court issued an order extending the deadlines by 4 months. (Dkt. 50)

4.   Defendants filed Motions to Dismiss on January 29, 2021. The case was fully briefed by March 26, 2021.  To date, the Court has not ruled on Defendants' Motions and the case is still not yet at issue. It remains unclear which causes of action will remain and proceed, and whether the Court will dismiss Mr. and Mrs. Neff as plaintiffs.

5.   The current Motion for Summary Judgment hearing deadline is March 4, 2022, which requires Defendants to file their Motions for Summary Judgment/Adjudication by January 28, 2022, at the latest, in order to give Plaintiffs 35 days' notice.

6.   The current fact discovery deadline is January 27, 2022.

7.   Under the current scheduling order, Defendants must file their dispositive motions either before the current fact discovery deadline or one day after the fact discovery deadline. Defendants contend that this schedule is prejudicial to the defense. This schedule does not allow sufficient time to obtain, analyze and incorporate any deposition transcripts prior to the motion filing deadline, and may require Defendants to file their dispositive motions prior to the completion of deposition or other fact discovery.  Therefore, the defense seeks an extension of the deadline to file dispositive motions to 35 days after the close of fact discovery, with a hearing deadline of 35 days after the dispositive motions are filed.

8.   Defendants intend to complete the production of remaining ESI by the current fact discovery deadline (January 27, 2022). Plaintiffs intend to proceed with deposition discovery after the ESI discovery process is complete.

9.   Plaintiffs' counsel is scheduled to be in trial in a separate matter on January 10, 2022, with trial call set for January 6, 2022.

10.  The parties seek a 3-month extension of the current fact discovery deadline.

11. Pursuant to local rule 144-A, the parties stipulate and propose the following modifications to the current case deadlines and scheduling order:

| EVENT | CURRENT DATE | PROPOSED |
|---|---|---|
| Fact Discovery Complete | January 27, 2022 | April 27, 2022 |
| Deadline to File Dispositive Motions | January 28, 2022 | June 1, 2022 (35 days after the close of fact discovery) |
| Dispositive Motions Heard | March 4, 2022 | July 6, 2022 (35 days after filing dispositive motions) |
| Expert Disclosure | April 8, 2022 | August 10, 2022 (35 days after dispositive motion hearing date) |
| Rebuttal Experts Exchange | April 29, 2022 | August 31, 2022 (3 weeks after expert disclosure) |
| Expert Discovery Cutoff | June 3, 2022 | October 5, 2021 (35 days after rebuttal expert exchange) |

IT IS SO STIPULATED.

DATED:  December 29, 2021        WALKUP, MELODIA, KELLY & SCHOENBERGER


_____/s/ Valerie Rose_____
Valerie Rose, Esq.
Attorneys for Plaintiffs, R.N., by and through her Guardian
Ad Litem, Nicole Neff, NICOLE NEFF and CHRIS NEFF


DATED:  December 29, 2021        EDRINGTON, SCHIRMER & MURPHY LLP

_/s/ Cody Lee Saal_
Timothy P. Murphy, Esq.
Megan M. Symonds, Esq.
Cody Lee Saal, Esq.
Attorneys for Defendants, TRAVIS UNIFIED SCHOOL
DISTRICT, SOLANO COUNTY OFFICE OF
EDUCATION, CHRISTOPHER MEARS

DATED:  December 29, 2021      SPINELLI, DONALD & NOTT


_/s/ Lynn Garcia_
Lynn Garcia, Esq.
Attorneys for Defendant, LILIA GUMAPAS


**ORDER**

Good cause appearing, the following modifications are made to the current case deadlines and scheduling order:

| EVENT | CURRENT DATE | PROPOSED |
|---|---|---|
| Fact Discovery Complete | January 27, 2022 | April 27, 2022 |
| Deadline to File Dispositive Motions | January 28, 2022 | June 1, 2022 |
| Dispositive Motions Heard | March 4, 2022 | July 8, 2022 |
| Expert Disclosure | April 8, 2022 | August 10, 2022 |
| Rebuttal Experts Exchange | April 29, 2022 | August 31, 2022 |
| Expert Discovery Cutoff | June 3, 2022 | October 5, 2022 |

DATED:  January 3, 2022.


_____
CHIEF UNITED STATES DISTRICT JUDGE