Timothy P. Murphy, State Bar No. 120920
Cody Lee Saal, State Bar No. 286041
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320
Email: TMurphy@esmlawfirm.com
Email: CSaal@esmlawfirm.com

G.C. § 6103

Attorneys for Defendants TRAVIS UNIFIED SCHOOL DISTRICT, SOLANO COUNTY OFFICE OF EDUCATION, CHRISTOPHER MEARS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.N., a minor, by and through her Guardian ad Litem NICOLE NEFF, NICOLE NEFF and CHRIS NEFF,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVIS UNIFIED SCHOOL DISTRICT, a public entity, SOLANO COUNTY OFFICE OF EDUCATION, a public entity, LILIA GUMAPAS, an individual, and CHRISTOPHER MEARS, an individual, ILAH FEENEY, an individual and DOES ONE through FIFTY, inclusive<br><br>Defendants. | Case No. 2:20-cv-000562-KJM-JDP<br><br>**FOURTH STIPULATION AND ORDER MODIFYING CASE DEADLINES**<br><br>Courtroom: 3, 15th Floor<br>Judge: Hon. Kimberly J. Mueller<br><br>Date Action Filed: April 23, 2020<br><br>Trial Date: None |

The parties, by and through their respective counsel of record, hereby stipulate as follows:

1. The parties are working cooperatively and diligently to complete the necessary discovery in order to participate in a meaningful mediation.

2. The parties have agreed to mediate with Hon. Raul Ramirez (Ret.) and a mediation has been scheduled for August 25, 2022.

3. The ESI discovery process is complete.

4. Plaintiffs have completed the following depositions (which occurred throughout April and

1

STIPULATION AND ORDER MODIFYING
CASE DEADLINES                                           Case No. 2:20-cv-000562-KJM-JDP

May): Defendant Christopher Mears, Defendant Lilia Gumapas, Ilah Feeney, Sabrina True, Mariah Garrick, Teresa Koon, Kim Kopp and Colin Bublavi.

5. Defendants have completed the depositions of Plaintiff Nicole Neff and Plaintiff Chris Neff.

6. Plaintiffs intend to complete at least two Person Most Qualified/Knowledgeable (PMQ/PMK) depositions in July 2022.

7. The parties have been meeting and conferring in good faith regarding the scope, parameters, and limitations of the Independent Medical Evaluations (IME's) of each plaintiff.

8. Defendants intend to complete the IME of plaintiff R.N. in advance of a mediation, but intend to defer the IMEs of plaintiff parents until after a mediation.

9. The parties have met and conferred extensively on an updated case schedule to allow for completion of the PMK/PMQ depositions and R.N.'s IME prior to a mediation. The parties have also met and conferred extensively on a proposed briefing schedule for dispositive motions.

10. The parties have reviewed the Court's Motion Schedule and have agreed upon (and intend to request) a dispositive motion hearing date of October 21, 2022.

11. Based on the October 21, 2022 dispositive motion hearing date, the parties have prepared an updated proposed case schedule.

12. The parties intend to mediate the case prior to the dispositive motion hearing.

13. The parties recognize that there have been several previous requests to modify the case schedule; this is the fourth stipulation and proposed order. However, the parties worked diligently to complete the ESI discovery process and have nearly completed the necessary pre-mediation deposition discovery. The parties have also worked diligently to agree upon the scope, parameters and limitations for the IME's. The parties have successfully avoided motion practice for discovery issues and disputes. The parties agree that, with the remaining discovery to be completed, this matter will be well-positioned to proceed to a meaningful mediation.

///

///

2
STIPULATION AND ORDER MODIFYING
CASE DEADLINES                                                        Case No. 2:20-cv-000562-KJM-JDP

14. Pursuant to local rule 144-A, the parties stipulate and propose in good faith the following modifications to the current case deadlines and scheduling order:

| EVENT | CURRENT DATE | PROPOSED |
|---|---|---|
| Fact Discovery Complete | April 27, 2022 | **August 9, 2022** |
| Deadline to File Dispositive Motions | June 1, 2022 | **August 23, 2022** |
| Deadline to File Opposition(s) to Dispositive Motions | | **October 7, 2022** |
| Dispositive Motions Heard | July 6, 2022 | **October 21, 2022** |
| Expert Disclosure | August 10, 2022 (35 days after dispositive motion hearing date) | **November 30, 2022** (To account for the Thanksgiving holiday) |
| Rebuttal Experts Exchange | August 31, 2022 (3 weeks after expert disclosure) | **December 21, 2022** |
| Expert Discovery Cutoff | October 5, 2021 (35 days after rebuttal expert exchange) | **January 31, 2023** (To account for anticipated counsel/witness unavailability through the holidays) |

IT IS SO STIPULATED.

DATED:  July 5, 2022                    WALKUP, MELODIA, KELLY & SCHOENBERGER


              /s/ Valerie Rose
Valerie Rose, Esq.
Attorneys for Plaintiffs, R.N., by and through her Guardian Ad Litem, Nicole Neff, NICOLE NEFF and CHRIS NEFF

DATED: July 5, 2022        EDRINGTON, SCHIRMER & MURPHY LLP

*/s/ Cody Lee Saal*
Timothy P. Murphy, Esq.
Cody Lee Saal, Esq.
Attorneys for Defendants, TRAVIS UNIFIED SCHOOL DISTRICT, SOLANO COUNTY OFFICE OF EDUCATION, CHRISTOPHER MEARS

DATED: July 5, 2022        SPINELLI, DONALD & NOTT

*/s/ Lynn Garcia*
Lynn Garcia, Esq.
Attorneys for Defendant, LILIA GUMAPAS

## ORDER

Good cause appearing, it is ordered as follows:

| | |
|---|---|
| **Fact Discovery Deadline** | August 9, 2022 |
| **Deadline to File Dispositive Motions** | August 23, 2022 |
| **Deadline to File Opposition(s) to Dispositive Motions** | October 7, 2022 |
| **Dispositive Motions Heard** | October 21, 2022 at 10:00 a.m. |
| **Expert Disclosure Deadline** | November 30, 2022 |
| **Rebuttal Experts Exchange** | December 21, 2022 |
| **Expert Discovery Cutoff** | January 31, 2023 |

DATED: July 7, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE