UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.N. a minor, by and through her guardian, NICOLE NEFF, an individual, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVIS UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | No. 2:20-cv-00562-DAD-JDP<br><br>NEW CASE NUMBER:<br><br>**2:20-CV-00562-JDP**<br><br>**ORDER REASSIGNING CASE** |

Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate." *See* 28 U.S.C. § 636(c). According to Local Rule 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

Accordingly, it is ordered that this matter be reassigned from the docket of United States District Judge Dale A. Drozd to the docket of United States Magistrate Judge Jeremy D. Peterson, for all purposes including trial and entry of judgment. All currently scheduled dates, if any,

/////

1

presently set before Judge Drozd are hereby vacated.  The parties shall take note that all future documents filed with the Clerk of the Court shall bear case number: **2:20-cv-000562-JDP**.

IT IS SO ORDERED.

Dated:  **March 17, 2023**

                                              UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated:  March 17, 2023

                                       JEREMY D. PETERSON
                                       UNITED STATES MAGISTRATE JUDGE