LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
KELLY GANCI (State Bar #335658)
kganci@walkuplawoffice.com

**ATTORNEYS FOR PLAINTIFF
R.N., A MINOR, BY AND THROUGH HER
GUARDIAN AD LITEM NICOLE NEFF,
NICOLE NEFF AND CHRIS NEFF**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.N., a minor, by and through her Guardian ad Litem NICOLE NEFF, NICOLE NEFF and CHRIS NEFF,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVIS UNIFIED SCHOOL DISTRICT, a public entity, SOLANO COUNTY OFFICE OF EDUCATION, a public entity, LILIA GUMAPAS, an individual, and CHRISTOPHER MEARS, an individual, and DOES ONE through FIFTY,<br><br>Defendants. | Case No.  2:20-CV-00562-JDP<br><br>**[PROPOSED] ORDER GRANTING AMENDED REQUEST TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION TO APPROVE SETTLEMENT OF MINOR'S CLAIMS, SUPPORTING EXHIBITS THERETO, AND ORDER APPROVING SETTLEMENT**<br><br>**Assigned to The Hon. Jeremy D. Peterson**<br><br>Action Filed:    04/23/2020<br>Trial Date:      Unassigned |

Plaintiffs in the above-entitled action hereby request sealing portions of Plaintiffs' Motion to Approve Settlement of Minors' Claims, Declaration of Kelly L. Ganci ("Motion to Approve"), including supporting exhibits, and [Proposed] Order Granting Plaintiffs Motion to Approve Settlement of Minor's Claims ("Proposed Order").

1

1   Having considered the Motion to Approve, and good cause to seal having been
2  shown, the Court GRANTS the Motion and orders that the document portions listed
3  below be SEALED.

| Document | Portions to be Filed Under Seal |
|---|---|
| Plaintiffs' Motion to Approve Settlement of Minor's Claims; Declaration of Kelly L. Ganci | Page 3, lines 5, 8, 10: minor's name<br>Page 4, lines 8, 17, 17, 20, 21: minor's name<br>Page 5, line 25: minor's name<br>Page 6, lines 12, 26: minor's name<br>Page 7, line 18: minor's name |
| Exhibit B to Motion to Approve – Special Needs Trust | Page 1, lines 13, 23, 27, 28: minor's name<br>Pages 1-20, footer: minor's name<br>Page 2, lines 6, 11, 12, 15, 16, 22, 26: minor's name<br>Page 2, line 12: month and day of minor's birth<br>Page 3, lines 8, 10, 14, 16: minor's name<br>Page 4, lines 4, 11, 21, 23, 26: minor's name<br>Page 5, lines 11, 12, 18, 19: minor's name<br>Page 6, lines 1, 3, 4: minor's name<br>Page 9, lines 11-13, 26: minor's name<br>Page 10, lines 2, 25, 28: minor's name<br>Page 11, lines 5, 7, 8, 11, 12, 15, 18-22, 28: minor's name<br>Page 12, lines 6, 13: minor's name<br>Page 13, lines 11, 13, 20, 21, 24: minor's name<br>Page 14, lines 3-5, 7, 10, 13, 17, 18: minor's name<br>Page 15, lines 11, 13, 15, 18, 20: minor's name<br>Page 16, line 9: minor's name<br>Page 17, lines 18, 23, 26: minor's name<br>Page 18, lines 1, 7, 9, 11, 13, 14, 16, 17, 20, 21, 24-27: minor's name<br>Page 19, line 2: minor's name<br>Exhibit A, title page: minor's name<br>Exhibit A, pages 1, 2: minor's name |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| Document | Portions to be Filed Under Seal |
|---|---|
|  | Exhibit A, page 1: month and day of minor's birth<br>Exhibit A, page 10: month and day of minor's birth<br>Exhibit B, page 1, lines 13, 16, 18, page footer: minor's name<br>Exhibit D, page 1 throughout: minor's name, and month and day of minor's birth<br>Exhibit K, page1, lines 13, 14, 19 minor's name<br>Exhibit K, pages 1-7, footer: minor's name<br>Exhibit K, page 4, line 4: minor's name<br>Exhibit K-1, page 1: minor's name |
| [Proposed] Order Granting Plaintiffs' Motion to Approve Settlement of Minor's Claims | Page 2, lines 12, 15, 17, 26: minor's name<br>Page 3, line 10: minor's name |

IT IS SO ORDERED.

Dated: June 21, 2023

_____
THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
[PROPOSED] ORDER GRANTING AMENDED REQUEST TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION TO APPROVE SETTLEMENT, ET AL. - CASE NO. 2:20-CV-00562-JDP