LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
KELLY GANCI (State Bar #335658)
kganci@walkuplawoffice.com

**ATTORNEYS FOR PLAINTIFF
R.N., A MINOR, BY AND THROUGH HER
GUARDIAN AD LITEM NICOLE NEFF,
NICOLE NEFF AND CHRIS NEFF**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.N., a minor, by and through her Guardian ad Litem NICOLE NEFF, NICOLE NEFF and CHRIS NEFF,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVIS UNIFIED SCHOOL DISTRICT, a public entity, SOLANO COUNTY OFFICE OF EDUCATION, a public entity, LILIA GUMAPAS, an individual, and CHRISTOPHER MEARS, an individual, and DOES ONE through FIFTY,<br><br>Defendants. | Case No.  2:20-cv-00562-JDP<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO APPROVE SETTLEMENT OF MINOR'S CLAIMS** |

This case was before the court on June 8, 2023, for hearing on plaintiffs' motion for an order approving settlement involving an incapacitated minor.  For the reasons stated on the record, the court finds that approval of the settlement is appropriate under both California law and the standard articulated by the Ninth Circuit in *Reynaga v. Cammisa*, 971 F.2d 414 (9th Cir. 1992).

Accordingly, it is hereby ORDERED that:

1. The settlement on behalf of minor R.N. as set forth in the motion.

2. Defendant Solano County Office of Education shall make:

    a. An immediate cash payment of $900,000 to Walkup, Melodia, Kelly & Schoenberger, to be distributed as follows:

        i. $120,110.83 to Plaintiffs' counsel for case costs;

        ii. $459,963.06 to Plaintiffs' counsel for attorneys' fees;

        iii. $20,000.00 to Plaintiff Nicole Neff;

        iv. $20,000.00 to Plaintiff Chris Neff; and

        v. $279,926.11 to The ▇▇▇▇ Special Needs Trust.

    b. A check in the amount of $600,000.00 to USAA Annuity Services Corporation to fund the purchase of a structured settlement annuity for the benefit of ▇▇▇▇ through an annuity policy issued by USAA Life Insurance Company as further detailed in Section 7.

    c. Periodic payments to The ▇▇▇▇ Special Needs Trust (Payee) will be made according to the schedule of Payments as follows:

    d. $3,000.00 payable monthly, guaranteed for 24 years and eight (8) months, beginning on June 15, 2023 with the last guaranteed payment on January 15, 2048.

    e. $50,000.00 lump sum payment on November 9, 2032 (age 25);

    f. $50,000.00 lump sum payment on November 9, 2037 (age 30);

    g. $50,000.00 lump sum payment on November 9, 2042 (age 35);

    h. $58,846.18 lump sum payment on November 9, 2047 (age 40).

3. The ▇▇▇▇ Special Needs Trust ("the Trust") as presented to the court in Exhibit B to the Motion is hereby approved and the Guardian ad Litem Nicole Neff is directed to execute the Trust.

4. Herb Thomas is hereby appointed to serve as the initial Trustee of the Trust and is authorized to receive fees on account at the rate of 1.5% per annum.

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO APPROVE SETTLEMENT OF MINOR'S CLAIMS - CASE NO. 2:20-CV-00562-DAD-JDP

5. The Trustee is authorized to invest trust assets in mutual funds in United States government bonds with maturity dates greater than five years. Additionally, the Trustee shall be subject to the continuing jurisdiction of the Superior Court for the State of California, and accountings shall be filed by the Trustee in the manner and frequency required by Probate Code §§1060, et seq., and 2620, et seq. with the Contra Costa County Superior Court. Finally, the Trustee is authorized and directed to pay the Urbatsch Law Firm P.C., the amount of $3,071.00 for services provided plus $425 in costs advanced and payable from the ▮▮▮ Special Needs Trust upon its establishment and funding.

6. Each party will bear its own attorneys' fees and costs as agreed upon in the settlement agreement; and

7. Defendants will be entirely dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated: June 22, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO APPROVE SETTLEMENT OF MINOR'S CLAIMS - CASE NO. 2:20-CV-00562-DAD-JDP