TIMOTHY P. MURPHY, ESQ. (SBN 120920)
CODY LEE SAAL, ESQ. (SBN 286041)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320

GOV'T CODE §610

Attorneys for Defendants
TRAVIS UNIFIED SCHOOL DISTRICT, SOLANO COUNTY OFFICE OF EDUCATION, CHRISTOPHER MEARS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

R.N., a minor by and through her Guardian ad Litem NICOLE NEFF, NICOLE NEFF and CHRIS NEFF

Plaintiffs

v.

TRAVIS UNIFIED SCHOOL DISTRICT, a public entity; SOLANO COUNTY OFFICE OF EDUCATION, a public entity; LILIA GUMAPAS, an individual; CHRISTOPHER MEARS, an individual; ILAH FEENEY, an individual; and DOES 1 through 50, inclusive

Defendants.

Case No.: 2:20-CV-000562-KJM-JDP

**STIPULATION FOR DISMISSAL WITH PREJUDICE [FED. R. CIV. P. 41(a)(1)(A)(ii)] AND [PROPOSED] ORDER**

Plaintiffs, R.N., a minor by and through her Guardian ad Litem NICOLE NEFF; NICOLE NEFF and CHRIS NEFF, by and through their undersigned attorney of record, and defendants TRAVIS UNIFIED SCHOOL DISTRICT; SOLANO COUNTY OFFICE OF EDUCATION, CHRISTOPHER MEARS, and LILIA GUMAPAS, through their respective undersigned attorneys of record, hereby stipulate as follows:

WHEREAS all parties to this action (the "Settling Parties") have reached a mutual and amicable settlement and have entered into a separate agreement for settlement of this action, the terms of which are set forth in writing in the "Settlement Agreement and Release of All Claims"

("the Settlement Agreement"), to fully and finally resolve all matters concerning the Settling Parties without trial;

WHEREAS the Settlement Agreement covers all the claims between the Settling Parties in this action; and

WHEREAS the Settling Parties agree to pay their own attorneys' fees and costs; and

WHEREAS there are no further issues for the Court to resolve as between the Settling Parties,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that defendants TRAVIS UNIFIED SCHOOL DISTRICT; SOLANO COUNTY OFFICE OF EDUCATION, CHRISTOPHER MEARS, and LILIA GUMAPAS be dismissed with prejudice from the above-captioned action, thereby resulting in dismissal of the entire action, with prejudice.

IT IS SO STIPULATED.

DATED: August ____, 2023            WALKUP, MELODIA, KELLY & SCHOENBERGER

By _____
    Valerie Rose, Esq.
    Attorneys for Plaintiffs
    R.N., a minor by and through her Guardian
    ad Litem NICOLE NEFF; NICOL NEFF
    and CHRIS NEFF

DATED: August ____, 2023            SPINELLI, DONALD & NOTT

By _____
    Lynn A. Garcia, Esq.
    Attorneys for Defendant
    LILIA GUMAPAS

DATED: August ____, 2023				EDRINGTON, SCHIRMER & MURPHY LLP


						By _____
						     Timothy P. Murphy, Esq.
						     Cody Lee Saal, Esq.
						     Attorneys for Defendants
						     TRAVIS UNIFIED SCHOOL DISTRICT;
						     SOLANO COUNTY OFFICE OF
						     EDUCATION; and CHRISTOPHER MEARS

## ATTESTATION

I hereby attest that I have obtained the concurrence of plaintiffs' attorney to the filing of this document.

						_____/s/ Timothy P. Murphy _____
						TIMOTHY P. MURPHY, Attorney
						For Defendants, Travis Unified School District;
						Solano Office of Education and Christopher Mears

## ORDER

Having reviewed the foregoing Stipulation, and good cause appearing, it is hereby ORDERED that defendants TRAVIS UNIFIED SCHOOL DISTRICT; SOLANO COUNTY OFFICE OF EDUCATION and CHRISTOPHER MEARS are dismissed with prejudice from the above-captioned action, each party to bear its/his/her/their own attorneys' fees and costs. The entire action is hereby dismissed with prejudice.


IT IS SO ORDERED.

Dated:	August 10, 2023			_____
						JEREMY D. PETERSON
						UNITED STATES MAGISTRATE JUDGE